UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'09 APR 17 12:22USDC-ORP

**DEANNA JONES,**
    Plaintiff,

CV # 07-1603-BR

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

ORDER FOR EAJA FEES

    Defendant.

---

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$7281.68**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and costs of $350 for the fling fee; and no expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 16th day of April, 2009.

                                    HON. ANNA J. BROWN
                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff