Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DEANNA JONES,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:07-CV-01603-BR<br><br>PROPOSED ORDER FOR<br>ATTORNEY FEES UNDER<br>42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $7,519.50 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $7,281.68 to Plaintiff under 28 U.S.C. § 2412. Because Plaintiff's attorney would have to refund $7,281.68, the EAJA amount previously awarded in this matter, to plaintiff, the net amount due to Plaintiff's attorney is $237.82.

Dated this 14 day of December, 2010.

_____
Anna J. Brown
United States District Judge